IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　**Plaintiff,**<br><br>　vs.<br><br>**SEAN O'CONNOR,**<br><br>　　　　　　　**Defendant.** | 9:23-po-5040-KLD<br>9:23-po-5044-KLD<br>9:23-po-5045-KLD<br><br><br>**ORDER** |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that Donna Eno may appear by video to provide testimony on January 17, 2024, at 1:30 p.m.

Dated this 16th day of January, 2024.

　　　　　　　　　　　　　　　　　　KATHLEEN L. DESOTO
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1